UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>LIFESTYLE DESIGN INTERNATIONAL, LLC,<br><br>　　　　　　　　Defendant. | Case No.: 23-CV-958-CAB-AHG<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the Court upon review of the docket. On May 24, 2023, *pro se* Plaintiff Thane Charman filed the Complaint, and a summons was issued on the same day. On June 29, 2023, Plaintiff filed proof of service of summons [Doc. No. 5], which indicates that the Complaint was served on Defendant Lifestyle Design International, LLC on June 2, 2023. No responsive pleading has been filed by Defendant and no counsel for Defendant has appeared in this matter.

Plaintiff is hereby **ORDERED** to either file a request for entry of default pursuant to Federal Rule of Civil Procedure 55(a) or **SHOW CAUSE,** in writing, on or before

1

**September 7, 2023** why this matter should not be dismissed for failure to prosecute. If Plaintiff chooses to request entry of default, and default is entered, Plaintiff shall have thirty days from entry of default to move for default judgment. Failure to respond to this order will result in dismissal of this lawsuit.

It is **SO ORDERED**.

Dated:  August 7, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge