David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Calvin W. Davis (SBN 306264)
davisc@cmtlaw.com
CARLSON & MESSER LLP
5901 West Century Boulevard, Suite 1200
Los Angeles, California 90045
Tel: (310) 242-2200
Fax: (310) 242-2222

Attorneys for Defendant,
LIFESTYLE DESIGN INTERNATIONAL, LLC,

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN, individual, <br><br> Plaintiff, <br><br> vs. <br><br> LIFESTYLE DESIGN INTERNATIONAL, LLC, <br><br> Defendant. | CASE NO.: 3:23-cv-00958-CAB-AHG <br><br> **CORPORATE DISCLOSURE STATEMENT** |

   In accordance with Federal Rule of Civil procedure 7.1, Defendant LIFESTYLE DESIGN INTERNATIONAL, LLC ("Defendant") hereby submits the following Corporate Disclosure Statement:

   Defendant does not have a parent corporation.

   No publicly held company owns 10% or more of Defendant's stock.

/ / /

/ / /

/ / /

1
2
3  Dated: August 28, 2023
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully submitted,

CARLSON & MESSER LLP

s/ David J. Kaminski
David J. Kaminski
Calvin W. Davis
Attorneys for Defendant,
LIFESTYLE DESIGN
INTERNATIONAL, LLC

**CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 28th day of August 2023, a true and accurate copy of the foregoing

**CORPORATE DISCLOSURE STATEMENT**

was served via the District Court ECF System on the following:

Email: OBEY.TCPA@gmail.com

Dated:  August 28, 2023            <u>/s/ David J. Kaminski</u>
                                                  David J. Kaminski