# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Charman v. Lifestyle Design Int'l**     Case Number: **23-cv-958-CAB-AHG**

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: [Reporter Tape]

In light of Defendant's answer filed on August 28, 2023, Plaintiff need not respond to the Order to Show Cause [Doc. No. 6] regarding failure to prosecute. The Parties are to proceed with the ENE scheduled with the magistrate judge. It is **so ORDERED.**

Date: September 6, 2023                                                                 Initials: SLM