UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THANE CHARMAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>LIFESTYLE DESIGN INTERNATIONAL, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 23-CV-958-CAB-AHG<br><br>**DISMISSAL WITH PREJUDICE**<br><br>[Doc. No. 14] |

 Upon consideration of the parties' joint motion to dismiss this case with prejudice, and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.** This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

 It is **SO ORDERED**.

Dated: November 1, 2023

_____
Hon. Cathy Ann Bencivengo
United States District Judge

1

23-CV-958-CAB-AHG